UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROGUE OFF-ROAD, LLP,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:15-cv-788-MHS-JDL |
| | § | |
| | § | |
| **RENEGADE RACE DEPOT, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 1, 2016, the Magistrate Judge issued a Report and Recommendation (Doc. No. 22), recommending that the undersigned grant Defendant Renegade Race Depot, Inc.'s ("Defendant") Motion to Dismiss (Doc. No. 21), and dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, and failure to obey an Order of the Court.

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this motion, has been presented for consideration. The parties have made no objections to the Report and Recommendation. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as findings and conclusions of the Court. It is accordingly **ORDERED** that Defendant's Request

1

for Dismissal (Doc. No. 21) is hereby **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**It is SO ORDERED.**

**SIGNED this 21st day of June, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE